# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:11−cv−00027−LY

| | |
|---|---|
| Larry v. Texas Department of Aging and Disability Services<br>Assigned to: Judge Lee Yeakel<br>Cause: 42:2000e Job Discrimination (Employment) | Date Filed: 01/11/2011<br>Date Terminated: 06/02/2011<br>Jury Demand: None<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Charley Larry** | represented by | **Carla S. Hatcher**<br>Thorpe, Hatcher &Washington, LLP<br>2214 Main Street<br>Dallas, TX 75201<br>(214) 969−5500<br>Fax: (214) 969−9060<br>Email: thwlaw@airmail.net<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven B. Thorpe**<br>Thorpe, Hatcher &Washington, LLP<br>2214 Main Street<br>Dallas, TX 75201<br>(214) 969−5500<br>Fax: (214) 969−9060<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Texas Department of Aging and Disability Services** | represented by | **Jason T. Contreras**<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711<br>(512) 475−4196<br>Fax: (512) 320−0667<br>Email: jason.contreras@oag.state.tx.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |


| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2011 | Ï 1 | COMPLAINT ( Filing fee $ 350 receipt number 100008919), filed by Charley Larry. (Attachments: # 1 Exhibit − Charge of Discrimination, # 2 Civil Cover Sheet and receipt)(tdk, ) (Entered: 01/11/2011) |
| 01/10/2011 | Ï 2 | Certificate of Interested Parties by Charley Larry. (tdk, ) (Entered: 01/11/2011) |
| 01/11/2011 | Ï 3 | |

| | | |
|---|---|---|
| | | Summons Issued as to Texas Department of Aging and Disability Services. (tdk, ) (Entered: 01/11/2011) |
| 02/11/2011 | 4 | WAIVER OF SERVICE Returned Executed by Charley Larry as to Texas Department of Aging and Disability Services. Waiver sent on 1/14/2011, answer due 3/15/2011. *Waiver of Service* (Hatcher, Carla) (Entered: 02/11/2011) |
| 03/15/2011 | 5 | *Motion for Partial Dismissal, Original* ANSWER to 1 Complaint *, with Affirmative Defenses* by Texas Department of Aging and Disability Services. (Attachments: # 1 Proposed Order)(Contreras, Jason) (Entered: 03/15/2011) |
| 03/15/2011 | | MOTION to Dismiss *Partial* by Texas Department of Aging and Disability Services. *(Contained in 5 Answer to Complaint)*. (jk, ) (Entered: 03/16/2011) |
| 03/15/2011 | | Notice of Correction: re 5 Answer to Complaint, MOTION to Dismiss *Partial*. ***In the future please abide by the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases section 3 (g) "...Multiple pleadings (e.g., an answer and a motion to dismiss,...) must be filed as separate documents."; No further action required*** (jk, ) (Entered: 03/16/2011) |
| 03/16/2011 | 6 | Supplement re 5 Answer to Complaint *Defendants' Motion for Partial Dismissal* by Texas Department of Aging and Disability Services. (Contreras, Jason) Modified on 3/17/2011 to correct docket event type. (jk, ). (Entered: 03/16/2011) |
| 03/17/2011 | 7 | DEFICIENCY NOTICE: re 6 Supplement re 5 Answer to Complaint *Defendants' Motion for Partial Dismissal*. (jk, ) (Entered: 03/17/2011) |
| 03/17/2011 | 8 | CERTIFICATE OF SERVICE by Texas Department of Aging and Disability Services 6 Supplement re 5 Answer to Complaint *Defendants' Motion for Partial Dismissal* (Contreras, Jason) (Entered: 03/17/2011) |
| 03/31/2011 | 9 | ORDER GRANTING 5 Motion for Partial Dismissal. Signed by Judge Lee Yeakel. (td) (Entered: 04/01/2011) |
| 05/13/2011 | 10 | MOTION *PLAINTIFF'S MOTION FOR ENTRY OF A SCHEDULING ORDER* by Charley Larry. (Attachments: # 1 Exhibit)(Hatcher, Carla) (Entered: 05/13/2011) |
| 05/16/2011 | 11 | Response in Opposition to Motion, filed by Texas Department of Aging and Disability Services, re 10 MOTION *PLAINTIFF'S MOTION FOR ENTRY OF A SCHEDULING ORDER* filed by Plaintiff Charley Larry (Attachments: # 1 Proposed Order Order Denying Plaintiff's Motion for Entry of Scheduling Order)(Contreras, Jason) (Entered: 05/16/2011) |
| 05/20/2011 | 12 | Opposed MOTION to Transfer Case *Motion to Transfer Venue* by Texas Department of Aging and Disability Services. (Attachments: # 1 Exhibit Exhibits A–I, # 2 Proposed Order)(Contreras, Jason) (Entered: 05/20/2011) |
| 05/24/2011 | 13 | ADVISORY TO THE COURT by Texas Department of Aging and Disability Services. (Contreras, Jason) (Entered: 05/24/2011) |
| 05/31/2011 | 14 | ATTACHMENT *Unopposed Order of Transfer* to 12 Opposed MOTION to Transfer Case *Motion to Transfer Venue* by Charley Larry. (Hatcher, Carla) (Entered: 05/31/2011) |
| 05/31/2011 | 15 | ATTACHMENT *Unopposed Order of Transfer* to 12 Opposed MOTION to Transfer Case *Motion to Transfer Venue* by Texas Department of Aging and Disability Services. (Attachments: # 1 Exhibit Cover Letter from Opposing Counsel)(Contreras, Jason) (Entered: 05/31/2011) |
| 06/02/2011 | 16 | ORDER GRANTING 12 Motion to Transfer Case. Signed by Judge Lee Yeakel. (td) (Entered: 06/02/2011) |