# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-40487

CHARLEY LARRY,

    Plaintiff - Appellant

v.

TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of July 16, 2013, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS, AUG - 9 2013, DAVID J. MALAND, CLERK, BY DEPUTY]

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130



July 16, 2013

Mr. David Maland
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

No. 13-40487, Charley Larry v. TX Dept of Aging & Disab Svc
USDC No. 4:11-CV-374

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By:
James deMontluzin, Deputy Clerk
504-310-7679

cc w/encl:
    Mr. Jason Thaddeus Contreras
    Mr. Charley Larry